UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JASON SIGMON,

          Plaintiff,

v.                          Case No. 16-10358

JERRY CLAYTON,         HON. TERRENCE G. BERG
                              HON. MONA K. MAJZOUB

          Defendant.

_____/

**ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION (DKT. 15), GRANTING DEFENDANT'S MOTION TO DISMISS (DKT. 11) AND DISMISSING CASE**

This matter is before the Court on Magistrate Judge Mona K. Majzoub's November 21, 2016 report and recommendation (Dkt. 15), recommending that Defendant's motion to dismiss (Dkt. 11) be granted, and that this case be dismissed in its entirety.

The Court has carefully reviewed the Magistrate Judge's report and recommendation, and finds that it is well-reasoned and supported by the relevant law. The law provides that either party may serve and file written objections "[w]ithin fourteen days after being served with a copy" of the report and recommendations. 28 U.S.C. § 636(b)(1). As of this date, no party filed any objections to the report and recommendation, and the time to do so has now expired.

The district court will make a "*de novo* determination of those portions of the report . . . to which objection is made." *Id.* Where, as here, neither party objects to the report, the district court is not obligated to independently review the record.

*See Thomas v. Arn*, 474 U.S. 140, 149-52 (1985).  The Court will, therefore, accept the Magistrate Judge's report and recommendation of November 21, 2016, as this Court's findings of fact and conclusions of law.

Accordingly, it is hereby **ORDERED** that Magistrate Judge Majzoub's report and recommendation of November 21, 2016 (Dkt. 15) is **ACCEPTED** and **ADOPTED**.  It is **FURTHER ORDERED** that Defendant's motion to dismiss (Dkt. 11) is **GRANTED**.  This case is hereby **DISMISSED WITH PREJUDICE**.

**SO ORDERED.**

Dated:  December 29, 2016               s/Terrence G. Berg
                                        TERRENCE G. BERG
                                        UNITED STATES DISTRICT JUDGE

## Certificate of Service

I hereby certify that this Order was electronically submitted on December 29, 2016, using the CM/ECF system, which will send notification to all parties.

                                        s/A. Chubb
                                        Case Manager

2